AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>STEVEN R. WINDOLOSKI<br><br>*Defendant(s)* | Case No.<br>4:22MJ3211 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **See Offense Description** in the county of **Lincoln** in the **_____** District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1) | Possession with the Intent to Distribute - Cocaine (August 6-11, 2022) |
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute - Cocaine (August 11, 2022) |

This criminal complaint is based on these facts:

See attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Kevin P. Finn, DEA Task Force Officer
*Printed name and title*

Sworn to before me by reliable electronic means:

Date: August 19, 2022.

District of Nebraska

Cheryl R. Zwart, U.S. Magistrate Judge