IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22CR3111 |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR TEMPORARY RELEASE** |
| STEVEN R. WINDOLOSKI, | ) | |
| Defendant. | ) | |

Defendant moves for a one-week compassionate furlough to attend to his son's funeral in Chicopee, Massachusetts. (Filing No. 20). The motion is unopposed. The Court finds that the Motion should be granted.

IT IS THERFORE ORDERED:

1. Defendant's motion, (Filing No. 20), is granted.

2. On January 4, 2023, Defendant shall be temporarily released to his aunt, Barbra Connors, to travel to Chicopee, Massachusetts (and the vicinity thereof) for purposes of planning, preparing, and attending his son's funeral. Defendant shall be released upon the arrival of Ms. Connors at the jail.

3. Defendant shall provide lodging, transportation, and telephone contact information for this trip to pretrial services by no later than 4:30 p.m. today.

4. Defendant shall report to the Saline County Jail in Wilber, Nebraska to resume his custody no later than 2:00 p.m. on Friday, January 11, 2023.

5. Failure to surrender as ordered may result in a warrant for Defendant's arrest.

Dated January 3, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge