IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22CR3111 |
| Plaintiff, | ) | |
| v. | ) | **AMENDED ORDER FOR TEMPORARY RELEASE** |
| STEVEN R. WINDOLOSKI, | ) | |
| Defendant. | ) | |

Defendant moves for a one-week compassionate furlough to attend to his son's funeral in Chicopee, Massachusetts. (Filing No. 20).  The motion is unopposed. The Court finds that the Motion should be granted.

IT IS THERFORE ORDERED:

1. Defendant's motion, (Filing No. 20), is granted.

2. On **January 5, 2023 at 8:00 a.m**., Defendant shall be temporarily released to his attorney, Kelly Steenbock, for transport to the Omaha airport so he can travel to Massachusetts (and the vicinity of Chicopee, Massachusetts) for purposes of planning, preparing, and attending his son's funeral. Defendant will be met my his aunt, Barbra Connors, at the airport in Massachusetts and he will remain with his aunt and under her supervision while in that state..

3. Defendant shall return to the Saline County Jail in Wilber, Nebraska to resume his custody no later than 2:00 p.m. on Friday, January 11, 2023.

4. Failure to surrender as ordered may result in a warrant for Defendant's arrest.

Dated January 4, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge